**Michael J. SINDRAM, Plaintiff–Appellant,**

v.

**PRESIDENTIAL TOWERS CONDOMINIUM; Alfreda Demoss; Tony Martella; Darryl R. Pollock, Defendants–Appellees.**

No. 04–1768.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 9, 2004.

Decided: Sept. 14, 2004.

Michael J. Sindram, Appellant pro se.

Jeffrey Roger Schmieler, Saunders & Schmieler, Silver Springs, Maryland, for Appellees.

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael J. Sindram appeals the district court's order denying his motion for clarification and modification of order and for related relief. We have reviewed the record and dismiss the appeal as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*